UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MAC JOSIAH HARMON ANTER,

    Plaintiff,

Case No. 24-cv-11651
Hon. Matthew F. Leitman

v.

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES TEXAS SERVICE CENTER,

    Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 31, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 31, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126